**FILED**

MAR 24 2020

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

TIMOTHY M. O'BRIEN CLERK

By_____Deputy

## UNITED STATES DISTRICT COURT
### for the

Paul Wright

)
)
)
)
)
)
)
)
)
)
)

_Petitioner_

v.

Case No. 20 - 3089 - SAC

*(Supplied by Clerk of Court)*

Medical USP McCreary

_Respondent_

(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.  (a) Your full name: Paul Wright
    (b) Other names you have used: _____

2.  Place of confinement:
    (a) Name of institution: 4715 Brewer Place, Leavenworth, KS
    (b) Address: 66048

    (c) Your identification number: #04969-045

3.  Are you currently being held on orders by:

    ☒ Federal authorities    ☐ State authorities    ☐ Other - explain: _____

4.  Are you currently:

    ☐ A pretrial detainee (waiting for trial on criminal charges)

    ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime

    If you are currently serving a sentence, provide:

    (a) Name and location of court that sentenced you: U.S. District Court Western District of Missouri

    (b) Docket number of criminal case: _____

    (c) Date of sentencing: _____

    ☐ Being held on an immigration charge

    ☒ Other (explain): Armed Bank Robbery,

    _____

Page 2 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5.      What are you challenging in this petition:

☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☑ Disciplinary proceedings

☑ Other *(explain)*:  Administrative Tort claim Appeal, # no. TRT-mxR-2019-03634

6.      Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court:  U.S.P MCCREARy, PineKnot,Ky

(b) Docket number, case number, or opinion number:  no. TRT-mxR-2019-03634

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: challenging decision That medical staff at U.S.P. Mccreary did negligence Towards me By denied medical care, And supplys.

(d) Date of the decision or action:  September 25, 2019

## Your Earlier Challenges of the Decision or Action

7.      **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☑ Yes          ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:  Federal medical center Consolidated legal center, Lexington, Ky 40511

(2) Date of filing:  April 2019

(3) Docket number, case number, or opinion number:  TRT-mxR-2019-03634

(4) Result:  claim was denied, on September

(5) Date of result:  September 25, 2019

(6) Issues raised:  That medical staff at U.S.P. Mccreary showe actions of negligence when I was denied wound care supplys And Treatments.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

_____

_____

_____

_____

_____

_____

12.    **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes        ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____

(b) Name of the authority, agency, or court: _____

_____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

_____

_____

**Grounds for Your Challenge in This Petition**

13.    State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: *Staff of Medical, R. Jones, And Carrie Cuhnagin did violate my person By Adding more Injuries, And pains, And long Term suffering To my Right Ankle Wound.*

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

On April 12, 2017 I returned To USP McCreary and from April 12, Through December 27, 2017 R. Jone, Health service Administrator, And Carrie cunnagin, Doctor Both literally denied This prisoner All supplys for my staph, And pseudomonas Infected Right Ankle wound.

(b) Did you present Ground One in all appeals that were available to you?

☑ Yes           ☐ No

GROUND TWO: From R. Jones, And Carrie cunnagin's negligence, And denied Antibiotic's, And All supplys That This prisoner needed To get better did cause pseudomonas To Turn Into staph Infections.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Upon Transfering on 12/27/2017, prisoner Received All The Above mentioned Medical Treatments, And supplys To clean and dress wound At next prison And Attached Here Are Exhibits 1 - 3, And on 1/8/2018 A wound culture was done At next prison U.S.P. CAN       , And Exhibit - 2. Here shows growth of staph And pseudomonas, with Exhibit-3 more Facts.

(b) Did you present Ground Two in all appeals that were available to you?

☑ Yes           ☐ No

GROUND THREE: Upon Receipt of Tort pages 1-3 Attached Here, on page 2, paragraph (5), states Upon Regional Appeal That staph showed, And no Treatments were given Because of Evaluation of August 17, 2017, And

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

of This some Response of August 21, 2017 They clearly used negligence As stated, In second sentence To The End of paragraph (5) That, no Antibiotics, were give since A provider following orders of R. Jones, And C. cunnagin In Their Attacks, As It States on page-1 For This prisoner To Buy Band-Aid supplys.

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes           ☐ No

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

GROUND FOUR: This prisoner did suffer long term for (8) eight months, no supply & had to cut, and wrap socks around wound to clean and dress since band-aids were useless on wound

(a) Supporting facts (Be brief. Do not cite cases or law.): with Heavy pus, and Drainage constantly running out 24 hours a day. To This very day of January 12, 2020 This prisoner is on Antibiotics for staph Infections, and Pseudomonas started these Antibiotics on January 7, 2020 for 10 days, and U.S.P. McCreary's acts caused staph to get worse, and

(b) Did you present Ground Four in all appeals that were available to you? PAINS ARE SEVER.

☐ Yes    ☑ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: I, This prisoner did not present up dated Treatments, In other appeals, since prisoner had not Received These on going wound Treatments of wound 4x4's supplys and Antibiotics for supporting facts That all medical Records since leaving

Request for Relief  U.S.P. McCreary will PROVE.

15. State exactly what you want the court to do: This prisoner is Asking The court To Review Any and All medical Records since This prisoner, left, U.S.P. McCreary, and It will Prove, That scabs outside of Wound needed Removed, and Grant Relief, Requested $500,000.00. (Antibiotic's staph Infections 1/7/2020)

ALLENWOOD FCC              ALP-B03132L
Rt 15, 2 MI N of Allenwood, White Deer, Pennsylvania

587782-ALX                              01/07/2020
WRIGHT, PAUL                            04969-045

Take one tablet by mouth
two times a day for 10 days
***It is important to finish
ALL of this medication***

Lot #: 24172
Sulfamethoxazole/Trimeth 800mg
/160mg tab
(0) Refills    01/07/2020    BRR    Refill Until: 01/17/2020
#20                 Don't Confiscate Before: 04/06/2020

CAUTION: Federal law prohibits the transfer of this drug to any person other than the patient for whom it was prescribed.

Avoid prolonged or excessive exposure to direct and/or artificial sunlight while taking this medicine.

Medicine should be taken with plenty of water.

Do not use this medication if you are pregnant, plan to become pregnant, or are breastfeeding.

IMPORTANT: Finish all medicine unless otherwise directed.

Oval White IP 272

IP 272

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 3/23/2020

_____

_Signature of Petitioner_

_____

_Signature of Attorney or other authorized person, if any_

Page 10 of 10